IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MITCHELL NULL, JR.**                                                                     **PLAINTIFF**
**#260891**

v.                                      Case No. 3:21-cv-00142-KGB

**DANIEL GITCHELL**, *et al.*                                                   **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion for protective order (Dkt. No. 22). For good cause shown, the Court grants the motion and enters the parties' agreed protective order. *See* Court's Exhibit A.

So ordered this 7th day of February, 2023.

_____
Kristine G. Baker
United States District Judge

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MITCHELL NULL, JR.                                                                PLAINTIFF

V.                              CASE NO. 3:21-cv-142-KGB

SGT. DANIEL GITCHELL, individually and in his
official capacities; OFFICER WOODS, individually and
in his official capacities; OFFICER AARON MEARS,
individually and in his official capacities;
CAPTAIN LUKE CANTRELL, individually and in his
official capacity; SHERIFF DANIEL WEST, individually
and in his official capacity; FNU, individually and in
his or her official capacity as Administrator of the
CROSS COUNTY DETENTION FACILITY;
CHIEF RICHARD DENNIS, individually and in his
official capacities; MAYOR JENNIFER HOBBS,
in her official capacity as the Mayor of the
CITY OF WYNNE, ARKANSAS; and JOHN DOES 1-10              DEFENDANTS

## PROTECTIVE ORDER

1. Confidential Information obtained from the Defendants shall be used only for the purpose of this litigation and for no other purpose, and shall not be given, shown, made available or communicated in any way to anyone except Qualified Persons.

2. Confidential Information includes, without limitation:

(a) Any confidential material disclosed in any pleading, motion, deposition transcript, brief, exhibit, or other filing with the Court shall be maintained under seal. To the extent such confidential filing is capable of redaction, the redacted version of the document is to be filed on the public docket, with the unredacted version delivered in hard copy to the Clerk's Office for filing under seal. The redacted version of a confidential filing may include, when necessary, slip sheets appropriately labeled "UNDER SEAL" to indicate the exhibits or other materials that have been omitted in their entirety from the filing due to filing seal.



Court's Exhibit A

(b) Documents, video recordings, and audio recordings containing confidential personal information, such as social security numbers, contact information, medical information, dates of birth, and information and other matters requested by a party now or later.

(c) Any information produced by a party and declared by the party at the time of production to be Confidential Information. Materials that are being designated as confidential that do not fall into one of the specific categories named in Section 2(a) should be stamped confidential, or if Bates numbers are used, documents may be designated as confidential by Bates number in a letter. A party may oppose a confidentiality designation in writing within 10 days of the designation, at which time the parties shall engage in a good faith effort to resolve the issue, and may move to remove the confidentiality designation if negotiations fail.

3. Except with the prior written consent of the Defendants, or pursuant to further Order of this Court, no Confidential Information may be disclosed to any person other than Qualified Persons.

4. Qualified Persons include Mitchell Null, Jr. and any current or future counsel of record for the Plaintiff in this action, secretaries, para-professional assistants, experts, and other employees of counsel who are actively engaged in assisting counsel with this action, court personnel, witnesses at trial or deposition, and the jury.

5. Upon delivery of Confidential Information to Plaintiff, the Defendants (or their counsel) shall execute and submit to Plaintiff a document entitled Inventory of Confidential Documents delivered in the attached form. See *Exhibit 1*. Documents containing Confidential Information shall be stamped or otherwise marked as confidential.

6. No later than three (3) years after the conclusion of this litigation, Plaintiff shall destroy all confidential information, including, correspondence, memoranda, notes or any other documents embodying such information, in whole or in part. All Qualified Persons are barred from

disclosing in any manner any Confidential Information obtained during the course of this proceeding.

7. Nothing in this Order shall prevent any party from seeking modification of this Order at any time as to specific matters designated "Confidential Information" to remove such from the application of this Order.

8. Documents, video recordings, and audio recordings that are entirely confidential may be required to be filed with the Court and with the Clerk of this Court shall be filed under seal. But to the greatest extent possible, pursuant to Fed. R. Civ. P. 5(c)2, documents containing confidential information shall be filed in a redacted form so that those portions of the document containing confidential information will not be visible to the public. Only the Court, Court personnel, and counsel for the parties shall have access to the sealed record in this proceeding until further Order of this Court.

IT IS SO ORDERED.

_____
THE HONORABLE KRISTINE G. BAKER

Date: February 6, 2023

EXHIBIT 1

## INVENTORY OF CONFIDENTIAL DOCUMENTS PROVIDED

I hereby submit the following documents, document pages, video recordings, audio recordings and/or depositions which are subject to the Protective Order for the protection of documents in *Mitchell Null, Jr. v. Daniel Getchell, et al.*, filed in the United States District Court, Eastern District Court of Arkansas, Northern Division, No. 3:21-cv-00142.