**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MITCHELL NULL, JR.**                                                                                                    **PLAINTIFF**
**#260891**

v.                                            Case No. 3:21-cv-00142-KGB

**DANIEL GITCHELL,** *et al.*                                                                                        **DEFENDANTS**

## ORDER

Before the Court is the motion to extend dispositive motion deadline of separate defendants Officer Aaron Mears, individually and officially, and Mayor Jennifer Hobbs, officially (hereinafter "City Defendants") (Dkt. No. 24). The City Defendants state that the dispositive motion deadline is currently February 23, 2023, that the City Defendants did not receive plaintiff's deposition transcript until February 1l, 2023, and that the City Defendants' counsel has another dispositive motion due on February 23, 2023 (*Id*., ¶¶ 3-4). The City Defendants request an extension of time until March 10, 2023, in which to file a dispositive motion (*Id*., at ¶ 5). The City Defendants state that they have contacted plaintiffs' counsel who has no objection to their request (*Id*.). For good cause shown, the Court grants the City Defendants' motion to extend the dispositive motion deadline (Dkt. No. 24). The dispositive motion deadline is extended to, and including, March 10, 2023.

So ordered this 15th day of February, 2023.

Kristine G. Baker
United States District Judge