# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MITCHELL NULL, JR.**                                                                                           **PLAINTIFF**
**#260891**

v.                                    Case No. 3:21-cv-00142-KGB

**DANIEL GITCHELL,** *et al*.                                                                            **DEFENDANTS**

## ORDER

      Before the Court is County Defendants' unopposed motion for extension of time to file dispositive motions (Dkt. No. 26). The County Defendants state that the parties agreed, subject to the Court's approval, to extend the dispositive motion deadline to March 10, 2023 (*Id*., ¶ 1). When the motion was submitted, however, it was submitted only for City Defendants and not for County Defendants (*Id*., ¶ 2). The Court granted City Defendants' motion to extend the dispositive motion deadline to March 10, 2023 (Dkt. No. 25), and the parties do not object to extending the deadline for County Defendants due to counsel's work travel schedule and the fact that plaintiff Mitchell Null, Jr.'s deposition transcript was just received (Dkt. No. 26, ¶ 2). For good cause shown, the Court grants County Defendants' motion to extend the dispositive motion deadline to, and including, March 10, 2023 (Dkt. No. 26).

      So ordered this 23rd day of February, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge