IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MITCHELL NULL, JR.**                                                                                        **PLAINTIFF**
**#260891**

v.                                        Case No. 3:21-cv-00142-KGB

**DANIEL GITCHELL,** *et al*.                                                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to extend trial date and all remaining deadlines in the Court's Final Scheduling Order (Dkt. No. 40). The parties state that trial in this matter is set for the week of April 24, 2023 (*Id*., ¶ 1). The parties explain that the City defendants filed a motion for summary judgment on March 9, 2023, and the County defendants filed a motion for summary judgment on March 10, 2023 (*Id*., ¶¶ 2-3). The parties further note that plaintiff Mitchell Null filed a motion to extend time to respond to defendants' motions for summary judgment on March 24, 2023, which the Court granted giving Mr. Null until March 31, 2023, to file his response to defendants' motions for summary judgment (*Id*., ¶¶ 4-5). The parties state that if Mr. Null files his response on March 31, 2023, defendants' replies will be due on April 7, 2023 (*Id*., ¶ 6). According to the parties, pretrial deadlines begin on April 3, 2023 (*Id*., ¶ 7). The parties request that the Court extend all pretrial deadlines and the trial in this case to give the Court time to rule on the pending motions for summary judgment (*Id*., ¶ 8).

For good cause shown, the Court grants the parties' joint motion to extend trial date and all remaining deadlines in the Court's Final Scheduling Order (Dkt. No. 40). The Court will enter a new trial date and amended scheduling order by separate order.

So ordered this 10th day of April, 2023.

_____
Kristine G. Baker
United States District Judge