IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MITCHELL NULL, JR.**                                                                            **PLAINTIFF**
**#260891**

v.                        Case No. 3:21-cv-00142-KGB

**DANIEL GITCHELL,** *et al*.                                                       **DEFENDANTS**

## ORDER

Before the Court is plaintiff Mitchell Null, Jr.'s motion to extend time to respond to motion filed on March 31, 2023 (Dkt. No. 41). There are two motions for summary judgment pending, and the deadline for Mr. Null to respond to defendants' motions for summary judgment is currently March 31, 2023. Mr. Null states that he requires additional time to respond to the motions for summary judgment filed by defendants because storms caused his office to close early (*Id*., ¶ 2). Mr. Null seeks an additional week, until April 3, 2023, to respond to defendants' motions for summary judgment (*Id*.). For good cause shown, the Court grants Mr. Null's motion and extends the time for Mr. Null to respond to defendants' motions for summary judgment to, and including, April 3, 2023 (Dkt. No. 41).

So ordered this 14th day of April, 2023.

*[signature: Kristine G. Baker]*
_____
Kristine G. Baker
United States District Judge