IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MITCHELL NULL, JR.**     **PLAINTIFF**
**#260891**

v.     Case No. 3:21-cv-00142-KGB

**DANIEL GITCHELL,** *et al.*     **DEFENDANTS**

## ORDER

Before the Court is plaintiff Mitchell Null, Jr.'s request for settlement conference (Dkt. No. 60). Through informal communications with the Court, defendants have agreed to participate in good faith in a settlement conference. Accordingly, the Court grants Mr. Null's request for settlement conference and refers this matter to United States Magistrate Judge Beth M. Deere to schedule and conduct a settlement conference between the parties (Dkt. No. 60).

So ordered this 29th day of September, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge