IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MITCHELL NULL, JR.**                                                                                           **PLAINTIFF**
**#260891**

v.                                        Case No. 3:21-cv-00142-KGB

**DANIEL GITCHELL,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Before the Court is a docket entry indicating that plaintiff Mitchell Null, Jr. and the defendants participated in a settlement conference at the conclusion of which the parties reached an agreement to settle all claims in this action subject to the approval of the Wynne City Council (Dkt. No. 69). As a result of the agreement, the Court removes this case from the Court's trial calendar for the week of November 6, 2023, and suspends all unexpired pretrial deadlines. If necessary, the Court will reset this matter for a jury trial by separate order. The parties are directed to file within 30 days from the entry of this Order a joint stipulation of dismissal or a status report with the Court.

So ordered this 30th day of October, 2023.

_____
Kristine G. Baker
United States District Judge