IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MITCHELL NULL, JR.**                                                                                   **PLAINTIFF**
**#260891**

v.                                          Case No. 3:21-cv-00142-KGB

**DANIEL GITCHELL,** *et al*.                                                                **DEFENDANTS**

### ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 72). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 72). The action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The Court denies as moot all pending motions (Dkt. No. 29, 33).

So ordered this 26th day of February, 2024.

*[signature: Kristine G. Baker]*
Kristine G. Baker
Chief United States District Judge